UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      :
                                            :
BARRICIA K. TITTLE,                         : BANKRUPTCY NO. 25-14539-djb
              Debtor                        :
                                            : CHAPTER 13
                                            :
PENNSYLVANIA HOUSING FINANCE                :
AGENCY,                                     : L.B.R. 9014-3B
              Movant                        :
                                            : HEARING: **SEPTEMBER 10, 2026**
       vs.                                  :            **at 11:00 a.m.**
                                            : Robert N.C. Nix Sr. Federal Courthouse
BARRICIA K. TITTLE and                      : 900 Market Street, 2nd Floor
KENNETH E. WEST, Trustee                    : Philadelphia, PA  19107
              Respondents                   :


**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**


TO THE HONORABLE DEREK J. BAKER, U. S. BANKRUPTCY JUDGE:

       AND NOW comes Pennsylvania Housing Finance Agency, by its attorneys, Purcell,

Krug & Haller, and files this Motion to obtain relief from the automatic stay pursuant to Section

362(d) of the Bankruptcy Code as follows:

   1.    That this is a contested matter under Rule 9014 brought pursuant to 11 USC Section
362(d).

   2.    Movant, Pennsylvania Housing Finance Agency, is a company with an office located at
211 North Front Street, Harrisburg, Pennsylvania 17101.

   3.    Respondent, Barricia K. Tittle is an adult individual whose last known address is 234
Wembly Road, Upper Darby, PA 19082.

   4.    Respondent, Kenneth E. West, is the Trustee duly appointed in the above case with a
place of business at 190 N. Independence Mall West, Suite 701, Philadelphia, PA 19106.

5.    On or about June 12, 2015, Respondent executed and delivered a Mortgage Note in the sum of $78,452.00 payable to Acre Mortgage & Financial, Inc., which Note is attached hereto and marked Exhibit "A".

6.    Contemporaneously with and at the time of the execution of the aforesaid Mortgage Note, in order to secure payment of the same, the Respondent made, executed, and delivered to original Mortgagee, a certain real estate Mortgage which was recorded on June 26, 2015 in the Delaware County Recorder of Deeds Office at Instrument #2015032281 conveying to original Mortgagee the subject premises.  The Mortgage was assigned to PENNSYLVANIA HOUSING FINANCE AGENCY and was recorded on June 26, 2015 at Instrument #2015032282 in the aforesaid County and Commonwealth.  The said Mortgage and Assignment are incorporated herein by reference.

7.    The land subject to the Mortgage is known and numbered as 234 Wembly Road, Upper Darby, PA 19082.

8.    The balance owed Movant is approximately $86,000.00.

9.    Other liens against the property:  Unknown.

10.    The value of the real estate is approximately $160,000.00 (per Debtor's Schedules).

11.    Debtor has failed to make seven (7) postpetition payments to Movant in the amount of $761,76 each, totaling $5,332.32.

12.    Movant is entitled to relief for cause.

WHEREFORE, Movant prays for the entry of an Order terminating the automatic stay and granting Movant leave to exercise its State Court foreclosure rights and that such further relief be granted as your Honorable Court deems fair and equitable.

PURCELL, KRUG & HALLER

By:/s/Leon P. Haller
Leon P. Haller
Attorney for Movant
1719 North Front Street
Harrisburg, PA  17102-2392
(717)234-4178
Dated:  August 3, 2026                Attorney ID #15700
lhaller@pkh.com